**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01473-CV

### PATRICK CRAWFORD, Appellant

### V.

### CITIMORTGAGE INC., ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02213**

## ORDER

The Court has before it the request of Sheretta L. Martin, official court reporter for the 162nd Judicial District Court, for an extension of time in which to prepare the reporter's record. The Court **GRANTS** the request and **ORDERS** Ms. Martin to file the reporter's record within thirty days of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE